UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-21241-RAR

**JOSMYR E. PEREZ**,
*and other similarly situated individuals*,

    Plaintiff,

v.

**USA TRUCK BROKERS, INC.**, *et al.*,

    Defendants.
_____/

## ORDER APPROVING REVISED SETTLEMENT AND DISMISSING CASE

**THIS CAUSE** comes before the Court upon the parties' Renewed Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice ("Motion"), [ECF No. 19], filed on June 9, 2023. On May 21, 2023, the Court denied the parties' Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice, [ECF No. 15], and ordered the parties to submit a revised settlement agreement for Court approval. The parties now move for approval of their revised settlement agreement. *See generally* Mot.

Before the Court can approve a settlement of FLSA claims, it must scrutinize the settlement and determine that it is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982). If the settlement reflects a reasonable compromise over FLSA issues that are in dispute, the Court may approve the settlement "to promote the policy of encouraging settlement of litigation." *Id.* at 1354. Upon review of the record and the parties' documented basis for settlement of this FLSA case, including an award of attorneys' fees to Plaintiff's counsel, the Court finds that the resolution

of this action is fair and reasonable, and the fee is fair and reasonable and not grossly excessive. Accordingly, it is hereby

   **ORDERED AND ADJUDGED** as follows:

1. The Motion, [ECF No. 19], is **GRANTED**.

2. The Revised Settlement Agreement and Release of FLSA Claims, [ECF No. 19-3], which has been duly filed as a record of the Court, is **APPROVED** in its entirety.

3. This case is **DISMISSED WITH PREJUDICE** as to Plaintiff's claims. All claims of any proposed class members are **DISMISSED WITHOUT PREJUDICE**.

4. Any pending motions are **DENIED AS MOOT**.

5. The Court retains jurisdiction to enforce the terms of the parties' settlement, should such enforcement become necessary.

**DONE AND ORDERED** in Miami, Florida, this 9th day of June, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**